March 06, 2009

Mr. Jim Hund
Hund, Krier, Wilkerson & Wright
P. O. Box 54390
Lubbock, TX 79453-4390
Mr. John Smithee
Templeton Smithee Hayes Heinrich & Russell, L.L.P.
P.O. Box 15010
Amarillo, TX 79105-5010

RE: Case Number: 07-0522
 Court of Appeals Number: 07-05-00456-CV
 Trial Court Number: 2003-522,183

Style: BENNY P. PHILLIPS, M.D.
 v.
 DALE BRAMLETT, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE
 ESTATE OF VICKI BRAMLETT, DECEASED, SHANE FULLER AND MICHAEL FULLER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Peggy Culp |
| |Ms. Barbara |
| |Sucsy |